# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Patrick Perkins and others similarly situated | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Spectracorp of Tennessee, d/b/a Fann Mechanical Co., and Randall Fann | ) ) ) | 3 16 0220 |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Spectracorp of Tennessee
c/o Randall K. Fann
502 South Maney Avenue
Murfreesboro, TN 37130-4246

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kerry Knox, 117 South Academy Street, Murfreesboro, TN 37130
Stephen W. Grace, 1019 16th Avenue South, Nashville, TN 37212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   KEITH THROCKMORTON

FEB 12 2016

Date: _____   _____
*Signature of Clerk or Deputy Clerk*