# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# Nashville Division

**PATRICK PERKINS,**

    **Plaintiff,**

**v.**                                             **No.: 3:16-cv-00220**
                                                         **Aspen/Brown**

**SPECTRACORP OF TENNESSEE, d/b/a**
**FANN MECHANICAL CO., and**
**RANDALL FANN,**

                                                         **JURY DEMAND**

    **Defendants.**

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Come now the Defendants and submit the following proposed voir dire questions:

1. Does anyone have any prior knowledge of any of the parties to this action?

2. Does anyone believe that just because a plaintiff brings a lawsuit, the plaintiff must have experienced an injury or injustice to them?

3. Does anyone believe that just because a person or company is named as a defendant, the defendant must have done something wrong or violated some law?

4. Has anyone ever been terminated from there employment?

    a. If so, what was your experience and reason for termination?

5. Has anyone been in a supervisory role and had to terminate an employee?

    a. If so, what was your experience?

6. Is anyone a landlord or own rental property?

    a. If so, have you had to evict a tenant?

7. Has anyone been a tenant in a residential rental property?

a. If so, have you been evicted?

    b. If you have been evicted, what were the circumstances of your eviction?

8. Has anyone had small jobs done around their home by an individual (i.e. yardwork, painting, drain fixed)?

    a. If so, how was the person paid and what records did you keep?

    b. Did you consider that person an employee or an independent contractor?

9. Has anyone performed odd jobs or small jobs for another person for compensation?

    a. If so, how were you paid?

    b. What documents did you keep?

    c. Did you classify yourself as an employee or an independent contractor?

10. Of the people who have HVAC or construction field experience, have you ever experienced rude or crude language?

    a. If so, what was your experience?

    b. Did you make any complaints or feel the need to file a complaint?

11. Does anyone believe there are vindictive people in society?

Respectfully submitted,

/s/ Johnathon C. Hershman
Johnathon C. Hershman, TN No. 30181
Jay B. Jackson, TN No. 16745
MITCHELL & MITCHELL
106 East College Street
Murfreesboro, TN 37130
 (615) 896-4211
jhershman@mitchellattorneys.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been sent to the following via the District Court's electronic filing system:

Kerry E. Knox
117 South Academy Street
Murfreesboro, Tennessee 37130

Stephen W. Grace
1019 16th Avenue, South
Nashville, Tennessee 37212

      On this 8th day of September, 2017.

                                        /s/Johnathon C. Hershman
                                        JOHNATHON C. HERSHMAN