IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**PATRICK PERKINS,**

    **Plaintiff,**

v.                                                           No.: 3:16-cv-00220
                                                                   Crenshaw/Brown

**SPECTRACORP OF TENNESSEE, d/b/a**
**FANN MECHANICAL CO., and**
**RANDALL FANN,**

                                                                     **JURY DEMAND**

    **Defendants.**

## DEFENDANTS' ADDITIONAL PROPOSED JURY INSTRUCTIONS

    Come now Defendants, by and through counsel, and submit the following as Defendants' Proposed Jury Instructions:

## PROPOSED JURY INSTRUCTION 25
## EVIDENCE ADMITTED AGAINST ONLY ONE PARTY

    Each party is entitled to have the case decided solely on the evidence that applies to that party. Some of the evidence in this case is limited under the rules of evidence to one of the parties, and cannot be considered against the others.[1]

---

[1] 8TH Circuit Pattern Jury Instructions § 2.08 Modified

# PROPOSED JURY INSTRUCTION 26
# IMPEACHMENT OF WITNESS BY PRIOR CONVICTION

You have heard evidence that Plaintiff has been convicted of crimes. You may use that evidence only to help you decide whether to believe the witness and how much weight to give his testimony.[2]

---

[2] 8th Circuit Pattern Jury Instructions § 2.10 Modified

# **PROPOSED JURY INSTRUCTION 27**
# **BUSINESS JUDGMENT**

You may not return a verdict for the plaintiff just because you might disagree with the defendant's conduct or believe it to be harsh or unreasonable.[3]

---

[3] 8th Circuit Pattern Jury Instructions § 5.02 Modified

**PROPOSED JURY INSTRUCTION 28**
**EMPLOYER UNDER THE TENNESSEE HUMAN RIGHTS ACT**

An Employer means persons employing eight (8) of more persons within the state.[4]

---

[4] T.C.A. § 4-21-102(5)

Respectfully submitted,

/s/ Johnathon C. Hershman
Johnathon C. Hershman, No. 30181
Jay B. Jackson, No. 16745
MITCHELL & MITCHELL
106 East College Street
Murfreesboro, TN 37130
 (615) 896-4211
jhershman@mitchellattorneys.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to the following via the District Court's electronic filing system:

Kerry E. Knox
117 South Academy Street
Murfreesboro, Tennessee 37130

Stephen W. Grace
1019 16th Avenue, South
Nashville, Tennessee 37212

On this 8th day of September, 2017.

/s/Johnathon C. Hershman
JOHNATHON C. HERSHMAN